# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Bankruptcy No. 10-30894 SBB<br>Chapter 7 |
| GARY DAVID HAUCK, XXX-XX-3149<br>BRENDA KAY HAUCK, XXX-XX-0812<br>Debtors, | Adversary Proceeding No.<br>10-01888-SBB |
| v. | |
| STEPHANIE M. MARTIN,<br>Plaintiff, | |
| vs. | |
| GARY DAVID HAUCK, and<br>BRENDA KAY HAUCK.<br>Defendants. | |

## ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
## RE: ISSUE OF NONDISCHARGEABILITY WITH SUPPORTING AUTHORITY

This matter comes before the Court on Plaintiff's Motion For Summary Judgment Re: Issue Of Nondischargeability With Supporting Authority. The Court, being advised in the premises, hereby GRANTS said Motion and DECLARES that Plaintiff's claims are exempt from discharge pursuant to 11 U.S.C. Sections 523(a)(2) and (a)(4).

DATED this 16th day of August, 2011.

Hon. Sidney B. Brooks
United States Bankruptcy Court Judge