UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sidney Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| GARY DAVID HAUCK and | ) | 10-30894-SBB |
| BRENDA KAY HAUCK, | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| Last four digits of SS#: 3149 and 0812 | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| STEPHANIE M. MARTIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 10-0188-SBB |
| GARY DAVID HAUCK and | ) | |
| BRENDA KAY HAUCK, | ) | |
| Defendants. | ) | |

**ORDER RE DEBTORS/DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR FILING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

THIS MATTER has come before the Court on the unopposed motion of Debtors/Defendants to extend the deadline for the parties to file their respective cross motions for summary judgment. The Court being advised in the premises therefor hereby

ORDERS that said motion is granted, and the parties shall have to and including August 15, 2011 to submit their cross-motions for summary judgment.

BY THE COURT:

_____
Hon. Sidney B. Brooks
United States Bankruptcy Court Judge