# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| GARY DAVID HAUCK and | ) | 10-30894-SBB |
| BRENDA KAY HAUCK, | ) | Chapter 7 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| STEPHANIE M. MARTIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| GARY DAVID HAUCK and | ) | 10-01888-SBB |
| BRENDA KAY HAUCK, | ) | |
| Defendants. | ) | |

## JUDGMENT

The above-captioned matter is before the Court for consideration of:

(1) Stephanie M. Martin's (the "Plaintiff") Motion for Summary Judgment (the "Plaintiff's Motion for Summary Judgment");
(2) the Defendants' Response thereto;
(3) the Plaintiff's Reply thereto; and
(4) Gary David Hauck's and Brenda Kay Hauck's (the "Defendants") Cross-Motion for Summary Judgment (the "Defendants' Cross-Motion for Summary Judgment"), including the Defendants' Affidavit.

In accordance with the Order issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Summary Judgment is GRANTED; and it is

FURTHER ORDERED AND ADJUDGED that Defendants' Cross-Motion for Summary Judgment is DENIED.

Dated this 13th day of January, 2012.

FOR THE COURT:

Bradford L. Bolton, Clerk

By: _____
Deputy

APPROVED AND ACCEPTED:

By: _____
Sidney B. Brooks
U.S. Bankruptcy Judge